**Patrick Collins, Inc. v John Does 1-21**

*Exhibit Index*

| Exhibit | Description |
| --- | --- |
| A | Defendant IP addresses |
| B | Copyright Registrations |
| C | BitTorrent vocabulary |
| D | Screenshot of "swarm" activity |