UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Patrick Collins, Inc., et al.,

                    Plaintiff(s),

v.                                                    Case No. 2:11–cv–15232–DPH–MAR
                                                      Hon. Denise Page Hood

John Does 1–21,

                    Defendant(s).
_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Mark A. Randon for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion for Leave to File – #2

                                   s/ Denise Page Hood_____
                                   Denise Page Hood
                                   United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                   s/ L. Saulsberry_____
                                   Deputy Clerk

Dated:   December 7, 2011