UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK COLLINS INC.,

    Plaintiff,                    CIVIL ACTION NO. 11-15232

    v.                            DISTRICT JUDGE DENISE PAGE HOOD

JOHN DOES 1-21,              MAGISTRATE JUDGE MARK A. RANDON

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE
THIRD-PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE (DKT. NO 2)**

This matter is before the Court on Plaintiff's Motion for Leave to Serve Third-Party Subpoenas Prior to Rule 26(f) Conference (Dkt. No. 2). Plaintiff seeks to discover the identities of 21 "John Doe" defendants alleged to have engaged in direct and contributory copyright infringement - via the internet - of Plaintiff's work. Currently, these 21 defendants can only be identified by their Internet Protocol ("IP") addresses. Plaintiff, therefore, requests leave to serve subpoenas on the defendants' Internet Service Providers ("ISP") to obtain their names, residential addresses, telephone numbers, and email addresses.

Having reviewed the motion and exhibits, Plaintiff's Complaint and otherwise being fully advised, the Court finds that Plaintiff has stated a plausible claim for copyright infringement, and the information sought is: (a) necessary to prosecute Plaintiff's claim; (b) otherwise unavailable; and (c) narrowly tailored (as modified). Therefore,

IT IS ORDERED that Plaintiff's motion IS GRANTED. Plaintiff may subpoena the following information regarding the John Doe Defendants:

      A) the name and

      B) residential address.

Plaintiff's use of any information obtained is strictly limited to the prosecution of claims in this lawsuit.

So ordered.

                                                    s/Mark A. Randon
                                                  Mark A. Randon
                                                  United States Magistrate Judge

Dated: December 16, 2011

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 16, 2011, electronically.*

                                                    *s/Melody R. Miles*
                                                  *Case Manager to Magistrate Judge Mark A. Randon*
                                                  *(313) 234-5542*