UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Patrick Collins, Inc., et al.,

                Plaintiff(s),

v.                                          Case No. 2:11–cv–15232–DPH–MAR
                                                Hon. Denise Page Hood

John Does 1–21,

                Defendant(s).

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) is/are referred to United States Magistrate Judge Mark A. Randon for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B):

Motion to Quash – #6

                                                s/ Denise Page Hood
                                                Denise Page Hood
                                                United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                s/ L. Saulsberry
                                                Deputy Clerk

Dated:   February 7, 2012