UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK COLLINS, INC.,

        Plaintiff,                       CIVIL ACTION NO. 11-15232

        v.                               DISTRICT JUDGE DENISE PAGE HOOD

JOHN DOES 1-21,                 MAGISTRATE JUDGE MARK A. RANDON

        Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE having come before the Court upon Plaintiff's Motion for Extension of Time Within Which It Has to Effectuate Service on Doe Defendant per ("Motion"), and the Court having reviewed said motion, and being otherwise duly advised in the premises, does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is GRANTED. Plaintiff shall have until thirty (30) days after this Court's ruling on the pending Motion to Quash [Dkt. #6] to effectuate service on the Defendant. This Court's Order of August 2, 2012 is VACATED.

                                          s/Mark A. Randon
                                          MARK A. RANDON
                                          UNITED STATES MAGISTRATE JUDGE

August 29, 2012

*CERTIFICATE OF SERVICE*

    *I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 29, 2012.*

                                          *s/Melody R. Miles*
                                          *Case Manager to Magistrate Judge Mark A. Randon*
                                          *(313) 234-5540*