UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PATRICK COLLINS, INC.,

        Plaintiff,

v.

JOHN DOES 1-21,

        Defendants.

Case No.: 2:11-cv-15232-DPH-MAR

**ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR
EXTENTION OF TIME WITHIN WHICH IT HAS TO
EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE having come before the Court upon Plaintiff's Motion for Extension of Time Within Which It Has to Effectuate Serve on Doe Defendant Per ("Motion"), and the Court having reviewed said motion, and being otherwise duly advised in the premises, does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted.  Plaintiff shall have up to and including November 26, 2012 to effectuate service on the Defendant.

DONE AND ORDERED this 7th day of  November, 2012.


        By:    s/Denise Page Hood
                      **UNITED STATES DISTRICT JUDGE**

1